**Order entered February 4, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00980-CV

## IN THE INTEREST OF M.D.M.-C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-21123**

## ORDER

By letter dated December 7, 2019, we notified appellant his brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed him to file an amended brief that complied with rule 38 within ten days. To date, appellant has not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellant's November 18, 2019 brief. Appellee's brief, if any, shall be filed within **THIRTY DAYS** of the date of this order.[1]

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE

---

[1] By letter dated November 19, 2020, the Office of the Attorney General notified the Court it would not be filing an appellee's brief. Our notices to Mother have been returned to the Court because her address on file with the Court is not current.